367 P.2d 97

**Alexander Peter George Ben EDMONDSON, Petitioner,**

v.

**Lester W. HAY, Sheriff of Bernalillo County, Respondent.**

No. 7102.

Supreme Court of New Mexico.

Jan. 3, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, sitting.

Ordered that the Alternative Writ of Habeas Corpus heretofore issued on January 2, 1962, be and the same is hereby discharged, and the prisoner is remanded to the Sheriff of Bernalillo County, New Mexico.

367 P.2d 97

**Marion Willis HANIKA, Plaintiff-in-Error,**

v.

**STATE of New Mexico, Defendant-in-Error.**

No. 7101.

Supreme Court of New Mexico.

Jan. 2, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of error be and the same is hereby denied.